ANTONIO VALDEZ SBN # 288656
JULIANA FEHRENBACHER, SBN # 307566
LEGAL SERVICES OF NORTHERN CALIFORNIA
190 Reamer Street
Auburn, CA 95603
Telephone: (530) 823-7560
Fax: (530) 823-7601
Email: avaldez@lsnc.net

Attorney for Plaintiff Teresa John

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TERESA JOHN**, | ) Case No.: 2:17-cv-00867-EFB |
| Plaintiff, | ) **STIPULATION AND [~~PROPOSED~~]** |
| VS. | ) **ORDER FOR AN EXTENSION OF TIME** |
| **NANCY A. BERRYHILL,** **Acting Commissioner of Social Security,** | ) |
| Defendant. | ) |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Plaintiff to respond to Defendant's Cross Motion for Summary Judgment be extended until December 11, 2017. This is Plaintiff's first request for an extension of time to respond. Plaintiff's counsel requires additional time to review and consider the government's position due to conflicting hearings scheduled near and around the original reply date. Defendant's counsel does not object and agrees that all subsequent deadlines should be accordingly extended.

Respectfully submitted,

DATED: November 6, 2017  LEGAL SERVICES OF NORTHERN CALIFORNIA
/s/ Antonio Valdez_____
By: ANTONIO VALDEZ
     Attorney for Plaintiff

DATED:  November 6, 2017  \_\_\_/s/ \*_____
By: BEN A. PORTER
     Special Assistant United States Attorney
     Attorneys for Defendant
     (\* By e-mail authorization on \_\_\_\_\_)

## ORDER

APPROVED AND SO ORDERED.

DATED:  November 6, 2017.

_____
HON. EDMUND F. BRENNAN
United States Magistrate Judge