ANTONIO VALDEZ SBN # 288656
JULIANA FEHRENBACHER, SBN # 307566
LEGAL SERVICES OF NORTHERN CALIFORNIA
190 Reamer Street
Auburn, CA 95603
Telephone: (530) 823-7560
Fax: (530) 823-7601
Email: avaldez@lsnc.net

Attorneys for Plaintiff Teresa John

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TERESA JOHN**, <br><br> Plaintiff, <br><br> VS. <br><br> **NANCY A. BERRYHILL,** <br> **Acting Commissioner of Social Security,** <br><br> Defendant. | Case No.: 2:17-cv-00867-EFB <br><br> **STIPULATION AND** ~~**PROPOSED**~~ **ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)** |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees and expenses in the amount of SIX THOUSAND FIVE HUNDRED dollars ($6,500.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to counsel, if any. Pursuant

to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to counsel, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or counsel including counsel's firm may have relating to EAJA attorney fees in connection with this action.

Respectfully submitted,

DATED: December 7, 2018   LEGAL SERVICES OF NORTHERN CALIFORNIA
/s/ Antonio Valdez_____
By: ANTONIO VALDEZ
   Attorney for Plaintiff

DATED: December 7, 2018    /s/ Ben A. Porter_____
By: BEN A. PORTER
   Special Assistant United States Attorney
   Attorneys for Defendant
(\*As Authorized By E-Mail on December 7, 2018)

2
*John v. Berryhill*, 2:17-cv-00867-EFB
STIPULATION AND [~~PROPOSED~~] ORDER FOR THE AWARD AND PAYMENT OF ATTY'S FEES

## ORDER

Pursuant to the stipulation, it is so ordered.

DATED: January 7, 2019.

_____
HON. EDMUND F. BRENNAN
United States Magistrate Judge